UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JOHNETTA BROOKS, | ) CV 14-04182-SH |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| CAROLYN W. COLVIN, Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

    IT IS HEREBY ADJUDGED that the decision of the Commissioner is affirmed and plaintiff's Complaint is dismissed.

DATED: December 3, 2014

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE